# Court of Appeals
# of the State of Georgia

ATLANTA,_____April 12, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0295.  COURTNEY THOMAS et al. v. BAHIA BLEU CONDOMINIUM.**

Courtney Thomas, et al., defendants in the case below, have filed an application for discretionary review of the trial court's order granting summary judgment to the plaintiff on their counterclaim.  No discretionary application is required, however, as the grant of summary judgment may be appealed directly.  See OCGA § 9-11-56 (h).  In addition, any other non-final rulings entered in the case may be challenged as part of such a direct appeal.  See OCGA § 5-6-34 (d); *Southeast Ceramics v. Klem,* 246 Ga. 294, 295 (1) (271 SE2d 199) (1980).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  Accordingly, this application is hereby GRANTED.  The applicants shall have 10 days from the date of this order to file a notice of appeal with the trial court, if they have not already done so.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/12/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*